

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AREVALO DIAZ,<br><br>Petitioner,<br><br>v.<br><br>JERERMY CASEY, Warden, Imperial Regional Detention Facility, et al.,<br><br>Respondents. | Case No.: 26-cv-3306-RSH-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On May 29, 2026, petitioner Oscar Arevalo Diaz filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner contends that the revocation of his immigration parole, and his subsequent immigration detention without a bond hearing, violate the due process clause and federal statutes. *Id.* at 21-23. Petitioner requests his release from custody. *Id.* at 24. On June 4, 2026, Respondents filed a return stating that they do not oppose the petition. ECF No. 4 at 3.

//
//
//
//
//

1

26-cv-3306-RSH-BJW

Accordingly, the Petition is **GRANTED** as follows. The government is directed to release petitioner Oscar Arevalo Diaz within *the date following the date of this order*, subject to the terms of his prior parole. This order does not constrain Respondents' ability to impose or modify appropriate conditions of release.

**IT IS SO ORDERED**.

Dated: June 4, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-3306-RSH-BJW